UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PAULINA DEMARCO,

                      Plaintiff,                **ORDER**
                                                                   CV 06-4551 (JG) (ARL)
      -against-

WEST HILLS MONTESSORI, et al.,

                      Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      This court heard argument on August 8, 2007 from the parties regarding the plaintiff's letter application dated July 19, 2007. After hearing from the parties, the court permitted the plaintiff to supplement her application with case law and specific information identifying the e-mails she claimed to be relevant. Plaintiff has supplemented her application by letter dated August 13, 2007.

      Upon review of the plaintiff's latest submission, the court finds that she raises issues not previously discussed. Plaintiff now seeks e-mails that do not appear to be sexually explicit at all. For example, plaintiff seeks e-mails concerning the attendance of "Bobby Joyce's child" at the school without paying tuition and e-mails containing complaints by parents concerning Gersh's behavior on a school camping trip. Accordingly, to the extent that the plaintiff has expanded the scope of her application, she is directed to meet and confer with the defendants in good faith to resolve these issues. If necessary, the parties may seek judicial intervention after they meet.

Dated:  Central Islip, New York                **SO ORDERED:**
          August 14, 2007

                                                     _____/s/_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge