AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK, BROOKLYN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 03 2009 ★
BROOKLYN OFFICE

DEMARCO

V.

WEST HILLS MONTESSORI, et al

JUDGMENT IN A CIVIL CASE

Case Number: 06-CV-4551

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**Based on the jury's verdict rendered on January 9, 2009, the verdict is in favor of the defendants.**

February 2, 2009
Date

Robert C. Heineman
Clerk

_(signature)_
(By) Deputy Clerk